**CAGUAS COMMERCIAL**
P.O. BOX 8819
CAGUAS
PUERTO RICO 00726
PHONE: (787) 743-4001

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | TERMS: | CLERK: | DATE / TIME: |
|---|---|---|---|---|---|---|
| 11369 | 000 | | TROPICAL 1 MARQ. | NET EOM | JRM | 5/18/11  5:04 |

TERMINAL: 561
ORDER: 581063

**SOLD TO:**
ZORAIDA MILLARD MAGEE
VILLA BORINQUEN
VIEQUES    PR

**SHIP TO:**

TAX: PR3   TOTAL IVU

## INVOICE: 37750

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/ | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 236 | 120 | 120 | EA | B6E | BLOQUE CONSTRUCCION 6" ENTRE | | 120 | 0.75 | /EA | 90.00 |
| 237 | 120 | 120 | EA | B6E | BLOQUE CONSTRUCCION 6" ENTRE | | 120 | 0.75 | /EA | 90.00 |
| 238 | 120 | 120 | EA | B6E | BLOQUE CONSTRUCCION 6" ENTRE | | 120 | 0.75 | /EA | 90.00 |
| 239 | 120 | 120 | EA | B6E | BLOQUE CONSTRUCCION 6" ENTRE | | 120 | 0.75 | /EA | 90.00 |
| 240 | 20 | 20 | EA | B6E | BLOQUE CONSTRUCCION 6" ENTRE | | 20 | 0.75 | /EA | 15.00 |
| 241 | 15 | 15 | EA | VA12E | VARILLA (7.48) 1/2" X 20' ENTR | | 15 | 5.065 | /EA | 75.98 |
| 242 | 3 | 3 | EA | P305015 | CODO PVC SAN 3" | | 3 | 3.49 | /EA | 10.47 |
| 243 | 1 | 1 | EA | 02304029 | TUBO PVC SCH40 3" | | 1 | 14.79 | /EA | 14.79 |
| 244 | 1 | 1 | EA | 91604 | REGISTRO 6" C/TAPON PVC | | 1 | 26.99 | /EA | 26.99 |
| 245 | | | | | **MARQUESINA ADICIONAL** | | | | | |
| 246 | 15 | 15 | EA | VA12E | VARILLA (7.48) 1/2" X 20' ENTR | | 15 | 5.065 | /EA | 75.98 |
| 247 | 15 | 15 | EA | VA12E | VARILLA (7.48) 1/2" X 20' ENTR | | 15 | 5.065 | /EA | 75.98 |
| 248 | 25 | 25 | EA | VA38E | VARILLA (13.29) 3/8" X 20' ENTR | | 25 | 2.922 | /EA | 73.05 |
| 249 | 25 | 25 | EA | VA38E | VARILLA (13.29) 3/8" X 20' ENTR | | 25 | 2.922 | /EA | 73.05 |
| 250 | 6 | 6 | EA | VA58E | VARILLA (4.79) 5/8" X 20' ENTR | | 6 | 7.931 | /EA | 47.59 |
| 251 | 6 | 6 | EA | VA58E | VARILLA (4.79) 5/8" X 20' ENTR | | 6 | 7.931 | /EA | 47.59 |
| 265 | 90 | 90 | EA | B6E | BLOQUE CONSTRUCCION 6" ENTRE | | 90 | 0.75 | /EA | 67.50 |

TAXABLE       4832.26
NON-TAXABLE       0.00
SUBTOTAL      4832.26

** AMOUNT CHARGED TO STORE ACCOUNT **    5170.52

TAX AMOUNT     338.26
**TOTAL       5170.52**

X _____ Received By

TOT WT: 0.00