# OfficeMax

OfficeMax #1146
525 JUAN CALAF STREET
HATO REY, PR 918
(787) 294-0300

When you provide a check as payment, you authorize us to use information from your check to process a one-time Electronic Funds Transfer (EFT) or draft drawn from your account, or process the payment as a check transaction. You also authorize us to process credit adjustments, if applicable. If your payment is returned unpaid, you authorize us to collect your payment and the Return Fee amount below by EFT(s) or draft(s) from your account. If you are presenting a corporate check, you make these representations as an authorized corporate representative.

RETURN FEE AMOUNT: $10.00

ELECTRONIC CHECK

| | |
|---|---|
| Transaction | 6651 |
| Associate ID | 00428677 |
| Phone # | 787-294-0300 |
| Merchant Trace ID | 114614030500016651 |
| Check Number | 1084 |
| Trace ID | 140031000023013798084 |
| Approval Code | 2573 |
| Check Amount | $417.29 |
| Merchant # | 36471146 |
| Register # | 01 |
| Date/Time | 3/5/2014 8:53:39 PM |

Questions? 1-800-366-2425