IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROBERT MAGEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BEA CONSTRUCTION CORP., <br><br> Defendant. | CIVIL NO.: 12-1738 (MEL) |

## VERDICT FORM

**We, the jury, <u>unanimously</u> agree on the answers to the following questions.**

1. Do you find by the preponderance of the evidence that plaintiffs Robert Magee and Zoraida Magee entered into a contractual agreement with defendant BEA Construction Corporation for the construction of a house in Vieques, Puerto Rico?

    ✓ Yes

    ___ No

   If yes, proceed to question #2.

   If no, sign and date the verdict form and do not answer any more questions in this verdict form because you have found in favor of defendant as to the complaint and in favor of plaintiffs as to the counterclaim.

2. Do you find by the preponderance of the evidence that BEA Construction Corporation breached the contractual agreement with the plaintiffs?

    ✓ Yes

    ___ No

If yes, proceed to question # 3.

If no, you have found in favor of defendant as to the complaint. Skip question # 3 and proceed to question #4.

3. What amount of damages would compensate plaintiffs for the foreseeable losses that were caused by BEA Construction Corporation's breach of the contractual agreement?

   For plaintiffs' economic loss, if any:         $ _110,000_

   For plaintiffs' mental pain and suffering, if any:   $ _40,000_

   Proceed to question #4.

4. Do you find by the preponderance of the evidence that plaintiffs breached the contractual agreement with BEA Construction Corporation?

   _____   Yes

   _✓_    No

   If yes, proceed to question # 5.

   If no, skip question # 5 and sign and date the verdict form because you have found in favor of plaintiffs as to the counterclaim.

5. What amount of damages would compensate BEA Construction Corporation for the foreseeable losses that were caused by plaintiffs' breach of the contractual agreement?

   For BEA Construction Corporation's economic loss, if any: $ _____

   Sign and date the verdict form because you have completed your jury service.

   _4/11/14   3:00 PM_
   Date and Time