IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERT MAGEE, et al.,

    Plaintiffs,

v.

BEA CONSTRUCTION, CORP., et al.,

    Defendants,

CIVIL NO.: 12-1738 (MEL)

**PARTIAL JUDGMENT**

In light of the court's minute entry (ECF No. 244) granting Abigail Gonzalez's and C. William Dey's request for dismissal, and there being no just reason for delay, the court hereby enters partial judgment DISMISSING with prejudice plaintiffs' claims filed in the complaint against defendants Abigail Gonzalez and C. William Dey, as well as the counterclaim filed by said defendants.

In San Juan, Puerto Rico, this 15th day of April, 2014.

                                            s/Marcos E. López
                                            U.S. Magistrate Judge